United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRANG VAN NGUYEN, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:25-cv-00005 |
| | § | |
| MR. GIAC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 7, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 29. Judge Edison filed a memorandum and recommendation on January 27, 2026, recommending that this case be dismissed for want of prosecution. Dkt. 37.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 37) is approved and adopted in its entirety as the holding of the court; and

(2) This case is dismissed for want of prosecution.

```
```

SIGNED on Galveston Island this 26th day of February 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE